PER CURIAM.

(No. 75-CC-552—)

ROBERT ERNSTMEYER AND DORIS V. ERNSTMEYER, Claimants, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 3, 1975.*

ROBERT ERNSTMEYER AND DORIS V. ERNSTMEYER, Claimants, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-556—)

CENTRAL OFFICE EQUIPMENT, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE SECRETARY OF STATE, Respondent.

*Opinion filed March 3, 1975.*

CENTRAL OFFICE EQUIPMENT COMPANY, Claimant pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.